# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LELAND PARKER, JR.,<br><br>　　　　Defendant. | CASE NO. 8:11CR303<br><br>AMENDED ORDER |

This matter is before the Court on the Defendant's Unopposed Motion to Extend Self-Surrender Date to no earlier than December 31, 2012.  (Filing No. 75.)

IT IS ORDERED:

1.　The Defendant's Unopposed Motion to Extend Self-Surrender Date (Filing No. 75) is granted;

2.　The Defendant shall report no later than 2:00 p.m. on Monday, December 31, 2012, to the place designated by the U.S. Bureau of Prisons;

3.　Any subsequent requests for extensions of time must be accompanied by documentation from a medical professional stating why an additional extension is necessary and a statement that the government does not object to the request; and

4.　The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 26th day of November, 2012.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　　Chief United States District Judge