# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 8:11CR303 |
| Plaintiff, | |
| vs. | ORDER |
| LELAND PARKER, JR., | |
| Defendant. | |

This matter is before the Court on the Defendant's Motion to Extend Self-Surrender Date (Filing No. 80), which is currently set for no later than 2:00 p.m. on Monday, December 31, 2012. Defendant's counsel represents that the Defendant still requires physical therapy for the proper healing of his injury, and that the doctor at the Bureau of Prisons ("BOP") facility in Petersburg, Virginia, indicated that Petersburg could not provide for the Defendant's physical therapy because it is not a medical facility. The Defendant requests, therefore, that either he be granted a thirty-day extension to his self-surrender date, he be placed in a medical facility for the amount of time needed for him to complete his physical therapy, or that the BOP be directed to provide for the Defendant's physical therapy at a local non-BOP facility.

The Defendant has previously been granted two extensions of his self-surrender date (*see* Filing Nos. 73, 79), and the parties agreed that the second request would be "the last request. Should Mr. Parker need rehabilitation after December 31, 2012, counsel will have sufficient time to arrange for the Bureau of Prisons to provide the required therapy." (Filing No. 75.) The Defendant was advised that a request for an extension of the self-surrender date beyond Monday, December 31, 2012, had to "be

accompanied by documentation from a medical professional stating why an additional extension is necessary and a statement that the government does not object to the request." (Filing No. 79.)

The government has indicated that it resists any further extension of the self-surrender date.

Having considered the matter, the Defendant's Motion to Extend Self-Surrender Date (Filing No. 80) will be denied. Accordingly,

IT IS ORDERED that the Defendant's Motion to Extend Self-Surrender Date (Filing No. 80) is denied.

Dated this 27th day of December, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge