IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>LELAND PARKER JR.,<br><br>      Defendant. | 8:11–CR–303<br><br>ORDER ON MOTION<br>FOR DISMISSAL |

  This matter is before the Court on the United States' "Motion for Dismissal of Petition for Offender Under Supervision." Filing 89. The United States "requests that the Court dismiss the Petition for Offender Under Supervision (Filing No. 89) without prejudice." Filing 109. The Court finds the Motion should be granted. Accordingly,

  IT IS ORDERED: The Petition for Offender Under Supervision, Filing 89, is dismissed without prejudice.

  Dated this 15th day of August, 2023.

                BY THE COURT:

                _____
                Brian C. Buescher
                United States District Judge